1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID ARKEEM EVANS,                          Case No.  2:22-cv-01377-JDP (PC)

12                    Plaintiff,                  FINDINGS AND RECOMMENDATIONS
                                                  THAT THIS ACTION BE DISMISSED FOR
13          v.                                    FAILURE TO PROSECUTE AND FAILURE
                                                  TO COMPLY WITH COURT ORDERS
14   CORTER, et al.,
                                                  OBJECTIONS DUE WITHIN FOURTEEN
15                    Defendants.                 DAYS

16

17          On October 4, 2022, I screened plaintiff's complaint and notified him that it alleged

18   cognizable Eighth Amendment excessive force claims against defendants Corter and Martin.  I

19   notified him that its other claims were not viable.  ECF No. 8.  I gave plaintiff thirty days to file

20   an amended complaint or to provide notice to the court of his intent to stand by his current

21   complaint and to proceed only with his Eighth Amendment excessive force claims against

22   defendants Corter and Martin.  *Id.* at 3-4.  Plaintiff did not timely file either an amended

23   complaint or a notice of election to proceed on the cognizable claims.  Accordingly, on December

24   8, 2022, I ordered him to show cause within twenty-one days why this action should not be

25   dismissed.  ECF No. 9.  I notified him that if he wished to continue with this action he must file,

26   within twenty-one days, either an amended complaint or a notice of election stating that he wishes

27   to proceed only with his Eighth Amendment excessive force claims against defendants Corter and

28   Martin.  I also warned him that failure to comply with the order would result in a

                                                    1

1    recommendation that this action be dismissed. *Id*.

2          The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

3    responded to the December 8, 2022 order.  Accordingly, it is hereby ORDERED that that the

4    Clerk of Court shall randomly assign a United States District Judge to this case.

5          Further, it is hereby RECOMMENDED that:

6          1.  This action be dismissed for failure to prosecute and failure to comply with court

7    orders, for the reasons set forth in the December 8, 2022 order.

8          2.  The Clerk of Court be directed to close the case.

9          I submit these findings and recommendations to the district judge under 28 U.S.C.

10   § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court,

11   Eastern District of California.  The parties may, within 14 days of the service of the findings and

12   recommendations, file written objections to the findings and recommendations with the court.

13   Such objections should be captioned "Objections to Magistrate Judge's Findings and

14   Recommendations."  The district judge will review the findings and recommendations under 28

15   U.S.C. § 636(b)(1)(C).

16
17   IT IS SO ORDERED.

18
     Dated:    January 20, 2023                    _____
19                                                 JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28